## JURISDICTIONAL MOTIONS ALLOWED

**91-315.** Fairview Gen. Hosp. v. Fletcher. *Franklin County*, No. 90AP-726.

**91-322.** Hodge v. Middletown Hosp. Assn. *Butler County*, No. CA89-09-120.

Moyer, C.J., Holmes and Wright, JJ., dissent.

**91-357.** State v. Cyrus. *Highland County*, No. 707.

**91-385.** Fisher v. Ohio University. *Franklin County*, No. 90AP-573.

Sweeney and Resnick, JJ., dissent.

**91-391.** State v. Springer. *Hamilton County*, No. C-890703.

Sweeney and Holmes, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**91-233.** State v. Alexander. *Stark County*, No. CA-8115.

**91-303.** Price v. Indus. Comm. *Hamilton County*, No. C-890736.

Holmes and Douglas, JJ., dissent.

**91-305.** Robinson v. Robinson. *Licking County*, No. CA-3521.

**91-310.** Well v. Well. *Ross County*, No. 1614.

**91-311.** Promen v. Ward. *Franklin County*, No. 90AP-134.

**91-319.** State v. Jones. *Champaign County*, No. 89-CA-13.

Holmes and H. Brown, JJ., dissent.

**91-320.** State, ex rel. Almburg, v. Craigo. *Trumbull County*, No. 89-T-4338.

Douglas, J., dissents.

**91-323.** State v. Banks. *Sandusky County*, No. S-89-37.

**91-336.** State v. Van Gundy. *Franklin County*, No. 90AP-556.

Sweeney, Douglas and H. Brown, JJ., dissent.

**91-339.** Anderson v. Horizon Joint Venture Corp. *Franklin County*, Nos. 90AP-665, 90AP-673, 90AP-677 and 90AP-678.

**91-340.** Palaisia v. Amick. *Crawford County*, No. 3-89-15.

**91-343.** Johnson v. Tatone Lincoln-Mercury Sales, Inc. *Greene County*, No. 90-CA-52.

Resnick, J., dissents.

**91-346.** Derrow v. Youngstown. *Mahoning County*, No. 89 C.A. 85.

Wright, J., dissents.

**91-347.** Jennings v. Mohawk Fireworks Co. *Coshocton County*, No. 90-CA-11.

Moyer, C.J., dissents.

**91-354.** State v. Lucas. *Licking County*, No. CA-3547.

Moyer, C.J., Holmes and Douglas, JJ., dissent.

**91-356.** Whiteside v. Halim. *Montgomery County*, No. CA 12331.

**91-362.** American Export & Import Corp. v. Sulfridge. *Montgomery County*, No. CA 11749.

Resnick, J., dissents.

**91-373.** Williams v. Constr. Mgr. of Ohio, Inc. *Montgomery County*, No. CA 11521.

**91-376.** Fabe v. American Druggists Ins. Co. *Franklin County*, No. 89AP-1192.

Moyer, C.J., Wright and H. Brown, JJ., dissent.

**91-380.** Monarch Carpet Serv., Inc. v. Ohio Dept. of Adm. Serv. *Franklin County*, No. 90AP-725.

Moyer, C.J., dissents.

**91-383.** Ryan v. Plain Twp. Bd. of Trustees. *Franklin County*, No. 89AP-1441.

H. Brown, J., dissents.

**91-384.** Eastlake v. Doug Jones/Andrews-Jones Partnership. *Lake County*, No. 90-L-14-036.

**91-386.** Eastlake v. B & J Auto Sales. *Lake County*, No. 90-L-14-037.

**91-387.** Eastlake v. Jones. *Lake County*, No. 90-L-14-035.

**91-395.** F. A. Kohler Co. v. Bilt-Rite Builders, Inc. *Franklin County*, No. 90AP-1119.

## REHEARING DOCKET

**89-2172.** Anderson v. Ohio Dept. of Insurance. *Franklin County*, No. 88AP-1178.

On motion for rehearing. Rehearing denied.

Sweeney, Douglas and Resnick, JJ., dissent.

**90-26.** State, ex rel. McGinnis, v. Indus. Comm. *Franklin County*, No. 88AP-44.

On motion for rehearing. Rehearing denied.

Holmes, J., dissents.